UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ESTERLIN SAMUEL,

                Plaintiff,

CITY OF NEW YORK, POLICE OFFICER, CHRISTOPHER PADIN individually and in his official capacity, and POLICE OFFICER JIMMY MALDONADO, individually and in his official capacity, and POLICE OFFICERS JOHN and JANE "DOES" individually and in their official capacities (said names being fictitious and meaning to represent New York City police officers whose names and true identities are currently unknown to plaintiff)

16 CV 4108 (NG)(ST)

STIPULATION OF DISMISSAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 07 2017 ★
BROOKLYN OFFICE

------------------------------------------------------------x

WHEREAS, it is hereby stipulated and agreed by the undersigned that;

The above matter be dismissed with prejudice.

July 28 2017

_____
LAW OFFICE OF ROBERT H PARKER
Counsel for Plaintiff
Robert Parker, Esq
6008 Eight Avenue
Brooklyn, NY 11220
272-201-9305

_____
ZACHARY W. CARTER
Counsel for all Defendants

Elissa P. Fudim
Senior Counsel
Office of Corporation Counsel
100 Church St. # 3-215
212-356-2335
efudim@law.nyc.gov

So Ordered
/s/ Nina Gershon
USDJ 9-6-17